E-FILED
Thursday, 20 September, 2012 02:23:04 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**PEORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. 12-** |
| | ) | |
| **JOSE DIAZ,** | ) | **VIO: Title 26, United States Code,** |
| | ) | **Section 7206(1)** |
| **Defendant.** | ) | |

**<u>INFORMATION</u>**

**THE UNITED STATES ATTORNEY CHARGES:**

On or about April 14, 2008, at Pontiac, in the Central District of Illinois and elsewhere,

**JOSE DIAZ,**

Defendant herein, a resident of Pontiac, Illinois, did willfully make and subscribe a Form 1040 tax return for the calendar year 2007, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. More particularly, the defendant reported on the Form 1040 which was prepared and signed in the Central District of Illinois and filed with the Internal Revenue Service, that he had gross receipts of $10,662.00. In truth and fact, as the defendant well knew,

the defendant had gross receipts of $64,642.00.

In violation of Title 26, United States Code, Section 7206(1).

UNITED STATES OF AMERICA

JAMES A. LEWIS
*UNITED STATES ATTORNEY*

s/ T. Keith

THOMAS A. KEITH
ASSISTANT UNITED STATES ATTORNEY

s/ T.
Keith