E-FILED
Wednesday, 14 November, 2012 04:14:57 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JOSE DIAZ

WAIVER OF INDICTMENT

Case Number: 12- 10128

**I, Jose Diaz, the above-named defendant, who is accused of Filing a Materially False Income or Tax Return (Title 26, U.S.C. § 7206(1)) is being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on ~~September~~ NOV 13, 2012, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.**

/s/ Jose Diaz

**Jose Diaz**
**Defendant**

/s/ Tim Penn

**Thomas J. Penn, Jr.**
**Attorney for Defendant**

/s/James E. Shadid

**Before** ______________________
**JAMES E. SHADID**
**United States District Court Judge**